1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

OCT 0 7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | 2:11-SW-00296-DAD |
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 8047176948, HELD IN THE NAME MARJYN INVESTMENTS, LLC, | [PROPOSED] UNSEALING ORDER |
| DEFENDANT | |

On July 12, 2011, the Court entered a sealing order on the affidavit and seizure warrant numbered: 2:11-SW-00296-DAD. The United States now requests that the affidavit and seizure warrant listed above be unsealed.

IT IS SO ORDERED.

DATED: Oct 7 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1